BENJAMIN F. CARVER et al., Appellants, *v.* JOHN BONNER et al., Respondents.

(Argued April 25, 1872; decided April 30, 1872.)

DECIDED upon the admissions in the pleadings and the facts.

*Albert Stickney* for the appellants.

*Noah Davis* for the respondents.

FOLGER, J., reads opinion for affirmance.
All concur.
Judgment affirmed.